UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-970-GW (MRWx) | Date | July 12, 2016 |
|---|---|---|---|
| Title | Curtis Clark v. Nationstar Mortgage LLC, et al. | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE SETTLEMENT**

On July 8, 2016, Plaintiff Curtis Clark filed a Notice of Settlement.  The Court sets an Order to Show Cause hearing re: Settlement is set for September 8, 2016 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on September 7, 2016.

All previously set deadlines and dates are vacated and taken off-calendar.

:

Initials of Preparer      JG