JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CURTIS CLARK,** | Case No. CV 16-970-GW(MRWx) |
| Plaintiff, | **ORDER** |
| vs. | |
| **NATIONSTAR MORTGAGE LLC, EQUIFAX, INC., EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss Defendant Nationstar Mortgage LLC with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Defendant Nationstar Mortgage LLC is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this 29th day of July, 2016.

_____
GEORGE H. WU, U.S. District Judge

Order to Dismiss - 1